IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN

DONALD WILLIAMS,

    Plaintiff,

-vs-                                                                             Case No:

MAERSK LINE, LTD.,

    Defendant.

_____/

## COMPLAINT

**NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

    1.    Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

    2.    Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

    3.    At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crewmember aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

    4.    On or about May 30, 2015, Plaintiff was in the course of employment when he was required to ambulate over a surface that was unreasonably slippery because of leaking condensation that would routinely form in the area when as a result of said failure to provide a safe place to work and seaworthy vessel he was injured with Defendant thereafter breaching its obligation to provide maintenance and cure in an intentional recalcitrant and reckless manner giving rise to an entitlement to same along with attorney fees and punitive damages.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

    a. Pain and suffering, past future;

    b. Mortification, humiliation, fright shock and embarrassment;

    c. Loss of earnings and earning capacity;

    d. Hospital, pharmaceutical and other cure expenses;

    e. Aggravation of prior condition, if any there be;

    f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

    g. Mental anguish;

    h. Found;

    i. Maintenance, cure, wages and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

                                    O'BRYAN BAUN KARAMANIAN

                                    /s/ Dennis M. O'Bryan
                                    DENNIS M. O'BRYAN
                                    Attorneys for Plaintiff
                                    401 S. Old Woodward, Suite 463
                                    Birmingham, MI 48009
                                    (248) 258-6262
                                    (248) 258-6047 - fax
                                    dob@obryanlaw.net

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN

DONALD WILLIAMS,

    Plaintiff,

-vs-                                    Case No:

MAERSK LINE, LTD,

    Defendant.
_____/

## DEMAND FOR TRIAL BY JURY

**NOW COMES** Plaintiff by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                                      O'BRYAN BAUN KARAMANIAN

                                      /s/ Dennis M. O'Bryan
                                      DENNIS M. O'BRYAN
                                      Attorneys for Plaintiff
                                      401 S. Old Woodward, Suite 463
                                      Birmingham, MI  48009
                                      (248) 258-6262
                                      (248) 258-6047 – fax
                                      dob@obryanlaw.net